1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   EXONHIT THERAPEUTICS S.A.,
     a French societe anonyme, and
11   EXONHIT THERAPEUTICS, INC.,                    No. C 07-01427 WHA
     a Delaware Corporation,
12
                 Plaintiffs,
13
                                                    **ORDER SETTING INITIAL CASE
14     v.                                           MANAGEMENT CONFERENCE**

15   JIVAN BIOLOGICS, INC., a Delaware
     corporation,
16
                 Defendant.
17   _____/

18         The parties are notified that the case management conference is set for **THURSDAY,**

19   **JULY 12, 2007, AT 11:00 A.M.** before the undersigned in Courtroom No. 9, 450 Golden Gate

20   Avenue, San Francisco, California.  The parties shall file a joint case management statement no

21   later than July 5, 2007.  All related initial deadlines are extended accordingly.

22

23         **IT IS SO ORDERED.**

24

25   Dated:  June 15, 2007.

26                                                  _____
                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE

28

*United States District Court*
For the Northern District of California