1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>             Defendant.<br>_____<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>             Counter-Claimant<br><br>     v.<br><br>EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>             Counter-Defendants | Case No. C07 1427 WHA<br><br>[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |

Plaintiffs and Counter-defendants ExonHit Therapeutics, S.A. and ExonHit Therapeutics, Inc. (collectively "ExonHit") and Defendant and Counter-claimant Jivan Biologics, Inc. ("Jivan"), having met and conferred pursuant to the July 12, 2007 Case Management Order and Reference to Magistrate Judge for Settlement/Mediation, hereby submit the following Schedule For Claim Construction:

| Schedule For Claim Construction<br>ExonHit Therapeutics v. Jivan Biologics<br>CASE NO. C07 1427 WHA | | |
|---|---|---|
| **Date** | **Detail** | **Scheduling Rule** |
| 07/30/2007 | Last day to serve disclosure of asserted claims and Preliminary Infringement Contentions. | Stipulated Modification of Local Patent L.R. 3-1 |
| 07/31/2007 | Last day to request leave to add any new parties or amend the pleadings. | 07/12/2007 Case Management Order |
| 08/30/2007 | Last day to complete production of documents required under PLR 3-2. | Stipulated Modification of Local Patent L.R. 3-2. |
| 09/17/2007 | Last day to serve Preliminary Invalidity Contentions. | Stipulated Modification of Patent L.R. 3-3 |
| 10/04/2007 | Last day to exchange "Proposed Terms and Claim Elements For Construction." | Patent L.R. 4-1(a); FRCP 6(e)<br>(10 days from 09/17/07 excluding weekends, 3 days added for electronic service). |
| 10/17/2007 | Last day to complete production of documents required under PLR 3-4. | Stipulated Modification of Local Patent L.R. 3-4. |
| 10/29/2007 | Last day to exchange "Preliminary Claim Constructions." | Patent L.R. 4-2; FRCP 6(e)<br>(20 days from 10/04/07, 3 days added for electronic service.). |
| 11/19/2007 | Last day to file "Joint Claim Construction and Prehearing Statement." | Patent L.R. 4-3; FRCP 6(e)<br>(60 days from 09/17/07, 3 days added for electronic service). |
| 11/30/2007 | Close of discovery relating to claim construction. | Stipulated Modification of Patent L.R. 4-4 |
| 12/7/2007 | Last date for filing and service of ExonHit's opening claim construction brief. | Stipulated Modification of Patent L.R. 4-5(a) |

CASE NO. C07 1427 WHA                     [PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
2
\\LA - 022159/000004 - 354895 v1

| | | |
|---|---|---|
| 12/21/2007 | Last date for filing and service of Jivan's responsive (opposition) brief on claim construction. | Stipulated Modification of Patent L.R. 4-5(b) |
| 01/07/2008 | Last date for filing and service of ExonHit's reply (rebuttal) brief on claim construction. | Patent L.R. 4-5(c), (7 days from 12/21/2007, excluding holidays and weekends, 3 days allowed for electronic service).. |
| 01/09/2008 | Claim Construction Tutorial | 07/12/2007 Case Management Order |
| 01/30/2008 | Claim Construction Hearing | 07/12/2007 Case Management Order |

Dated July 26, 2007

By:   /s/ William E. Thomson, Jr.
William E. Thomson, Jr. (Bar No. 047195)
Wei-Ning Yang (Bar No. 176637)
Clive M. McClintock (Bar No. 240465)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601
E-Mail:  wethomson@hhlaw.com
Attorneys for Plaintiffs
ExonHit Therapeutics S.A.
ExonHit Therapeutics, Inc.


By:    /s/ Michael J. Sacksteder
Michael J. Sacksteder (Bar No. 191605)
Candace J. Morey (Bar No. 233081)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350
E-Mail:  msacksteder@fenwick.com
Attorneys for Defendant
Jivan Biologics, Inc.

**CASE NO. C07 1427 WHA**                    **[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**

3

\\LA - 022159/000004 - 354895 v1

# ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION

The Schedule For Claim Construction submitted by the parties is adopted by the Court and the parties are ordered to comply with this Order.

**IT IS SO ORDERED.**

Dated:  __July 30_____, 2007



_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**CASE NO. C07 1427 WHA**         [PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION

4

\\LA - 022159/000004 - 354895 v1

1

# ATTESTATION OF SIGNATURE

2

**(General Order 45)**

3

4    I, Clive M. McClintock, hereby attest that all signatures have been properly obtained for

5    filing of the document entitled [PROPOSED] ORDER RE SCHEDULE FOR CLAIM

6    CONSTRUCTION.

7

8    Dated: July 26, 2007

9    By:   /s/ Clive M. McClintock
         William E. Thomson, Jr. (Bar No. 047195)
10       Wei-Ning Yang (Bar No. 176637)
         Clive M. McClintock (Bar No. 240465)
11       HOGAN & HARTSON L.L.P.
         1999 Avenue of the Stars, Suite 1400
12       Los Angeles, California  90067
         Telephone:  (310) 785-4600
13       Facsimile:  (310) 785-4601
         E-Mail:  wethomson@hhlaw.com
14       Attorneys for Plaintiffs
         ExonHit Therapeutics S.A.
15       ExonHit Therapeutics, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28