United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   EXONHIT THERAPEUTICS S.A.,
     a French societe  anonyme, and
11   EXONHIT THERAPEUTICS, INC., a          No. C 07-01427 WHA
     Delaware corporation,
12
                Plaintiff,
13                                          **ORDER RE JOINT CLAIM
        v.                                  CONSTRUCTION AND
14                                          PREHEARING STATEMENT**

15   JIVAN BIOLOGICS, INC., a Delaware
     corporation,
16
                Defendant.
17   _____/

18        The Court has received the parties' joint claim construction and pre-hearing statement.

19   Normally in these circumstances, the Court would allow defendant to object to any excessive or

20   inaccurate claim constructions offered by plaintiffs.  Defendant would not be allowed to

21   advance any constructions of their own and would be stuck arguing for the plain meaning of the

22   terms as understood by a layperson.  The Court notes, however, that there are unsworn

23   statements in the joint claim construction and pre-hearing statement that indicate that lead

24   counsel for defendant was prevented from working on the case due to the wild fires in southern

25   California.  On other hand, no explanation is given by defendant why any other lawyers of

26   record or from former counsel Fenwick could not have prepared pleadings or at least requested

27   for more time.  In addition, it is unclear why Jivan's CEO's absence would make any difference

28   in defendant's proposed constructions of a patent granted to someone else.  If defendant wishes

1    to file a motion to allow for retroactive catchup of the preliminary claim construction schedule,

2    then it must be filed with sworn affidavits by **TUESDAY, NOVEMBER 27 AT NOON**.  Plaintiffs

3    must respond to such a motion by **FRIDAY, NOVEMBER 29, 2007 AT NOON**.  In the meantime,

4    the Court will proceed with the current schedule.

5         **IT IS SO ORDERED.**

6

7    Dated: November 21, 2007.



8                                                    WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2