IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXONHIT THERAPEUTICS S.A.,
a French societe anonyme, and
EXONHIT THERAPEUTICS, INC., a
Delaware corporation,

    Plaintiff,

  v.

JIVAN BIOLOGICS, INC., a Delaware
corporation,

    Defendant.

No. C 07-01427 WHA

**ORDER RE DEFENDANT'S REQUEST TO CANCEL CLAIM CONSTRUCTION HEARING AND TUTORIAL**

The Court has received defendant's ex parte application to cancel the claim construction hearing scheduled for January 30, 2008, and tutorial scheduled for January 9, 2008. Defendant's request will be taken up at the time of the tutorial. Counsel is reminded that they are still counsel of record and owe a continuing duty to represent its clients interests. Lack of payment of fees is not necessarily a proper ground to allow counsel to withdraw from this action..

**IT IS SO ORDERED.**

Dated: January 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE