1  WILLIAM E. THOMSON, Jr. (Bar No. 047195)
   WEI-NING YANG (Bar No. 176637)
2  CLIVE M. MCCLINTOCK (Bar No. 240465)
   HOGAN & HARTSON LLP
3  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California 90067
4  Telephone: (310) 785-4600
   Facsimile: (310) 785-4601
5  E-Mail: wethomson@hhlaw.com;
   wyang@hhlaw.com; cmcclintock@hhlaw.com
6  Attorneys for Plaintiffs
   ExonHit Therapeutics S.A.
7  ExonHit Therapeutics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>　　　　　Defendant.<br>_____<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>　　　　　Counter-Claimant<br><br>　　v.<br><br>EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>　　　　　Counter-Defendants | Case No. C07 1427 WHA<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFFS TO BRING TECHNOLOGICAL EQUIPMENT TO THE CLAIM CONSTRUCTION TUTORIAL**<br><br>**Tutorial Date:** January 9, 2007<br>**Time:** 1:30PM<br>**Location:** Courtroom 9, 19th Floor |

1   Pursuant to the Court's July 12, 2007 Case Management Order, attorneys for both parties are scheduled to provide a technology tutorial for the Court on January 9 at 1:30PM. A Claim Construction Hearing is scheduled for January 30, 2008.

ExonHit intends to bring equipment into the Courtroom for purposes of the Claim Construction Tutorial. In order to give its full presentation, ExonHit expects to bring in two (2) laptop computers, one (1) projector, one (1) screen, and accompanying wires. As stated in the "GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE THE HONORABLE WILLIAM ALSUP," the United States Marshal requires a court order to allow equipment into the Courthouse.

Plaintiffs, ExonHit Therapeutics, S.A. and ExonHit Therapeutics, Inc., their counsel William E. Thomson, Jr., and their service provider Aquipt, may bring two (2) laptop computers, one (1) projector, one (1) screen, and accompanying wires into the Courthouse on January 9, 2008.

**IT IS SO ORDERED.**

Dated: January 9     , 2008

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]