IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXONHIT THERAPEUTICS S.A.,
a French societe anonyme, and
EXONHIT THERAPEUTICS, INC., a
Delaware corporation,

    Plaintiff,

  v.

JIVAN BIOLOGICS, INC., a Delaware corporation,

    Defendant.

No. C 07-01427 WHA

**ORDER CLARIFYING CASE MANAGEMENT ORDER**

The following is in clarification of the Court's case management order dated earlier today. Jonathon Bingham's name was misspelled as Jonathon Biggam. Mr. Bingham and Dr. Subha Srinivasan are ordered to appear for depositions on **JANUARY 17, 2008**, and **JANUARY 18, 2008**, respectively. The depositions shall begin at **9:00AM** and continue throughout the day, with a one hour lunch break. *Defense* counsel is ordered to submit a sworn declaration by **JANUARY 14, 2008**, stipulating to infringement and confirming that defense counsel has received all documents necessary to calculate damages. *Plaintiff's* counsel is ordered to submit a sworn declaration by **JANUARY 23, 2008**, outlining what further documents it needs to calculate the damage total. On **JANUARY 30, 2008, AT 1:30PM**, the parties shall appear for a case management conference where they will update the Court as to the status of the case and discuss further proceedings. A trial on damages is tentatively set for **FEBRUARY 25, 2008**. The parties are hereby referred to Magistrate Judge Joseph Spero for as prompt of a mediation as can be arranged.

    **IT IS SO ORDERED.**

Dated: January 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE