| | |
|---|---|
| 1 | DAVID R. SHAUB (Bar No. 032322) |
| | LISBETH BOSSHART (Bar No. 201822) |
| 2 | STEPHEN D. MORGAN (Bar No. 239345) |
| | SHAUB & WILLIAMS LLP |
| 3 | 12121 Wilshire Boulevard, Suite 205 |
| | Los Angeles, CA 90025-1165 |
| 4 | Tel : 310-826-6678 |
| | Fax : 310-826-8042 |
| 5 | Email: lawfirm@sw-law.com |
| 6 | JENNIFER M. MCCALLUM, Ph.D. (*Pro Hac Vice*) |
| | THE MCCALLUM LAW FIRM, P.C. |
| 7 | 685 Briggs Street, P. O. Box 929 |
| | Erie, CO 80516 |
| 8 | Tel: 303.828.0655 |
| | Fax: 303.828.2938 |
| 9 | Email: administration@mccallumlaw.net |
| 10 | Attorneys for Defendant Jivan Biologics, Inc. |
| 11 | WILLIAM E. THOMSON, Jr. (Bar No. 047195) |
| | WEI-NING YANG (Bar No. 176637) |
| 12 | CLIVE M. MCCLINTOCK (Bar No. 240465) |
| | HOGAN & HARTSON LLP |
| 13 | 1999 Avenue of the Stars, Suite 1400 |
| | Los Angeles, California 90067 |
| 14 | Telephone: (310) 785-4600 |
| | Facsimile: (310) 785-4601 |
| 15 | E-Mail: wethomson@hhlaw.com; |
| 16 | wyang@hhlaw.com; cmcclintock@hhlaw.com |
| 17 | Attorneys for Plaintiffs ExonHit Therapeutics S.A. |
| | ExonHit Therapeutics, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>Defendant.<br>_____ | Case No. C07 1427 WHA<br><br>Honorable William H. Alsup<br><br>**STIPULATION TO ADJUST DATES SET FORTH BY COURT'S "ORDER CLARIFYING CASE MANAGEMENT ORDER"; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | JIVAN BIOLOGICS, INC. |
| | a Delaware corporation, |
| 2 | |
| |               Counter-Claimant |
| 3 | |
| |     v. |
| 4 | |
| | EXONHIT THERAPEUTICS S.A. |
| 5 | a French société anonyme, and |
| | EXONHIT THERAPEUTICS, INC., a |
| 6 | Delaware Corporation, |
| 7 |               Counter-Defendants |

Because of scheduling conflicts on the part of JIVAN BIOLOGICS, INC., the parties through their attorneys of record hereby stipulate:

**1.** That Jonathan Bingham is ordered to appear for his deposition on **January 22, 2008;**

**2.** That Subha Srinivasan is ordered to appear for her deposition on **January 23, 2008;**

**3.** That the sworn declaration to be submitted by Defense counsel stipulating to infringement and confirming that Plaintiff's counsel has received all documents necessary to calculate damages may be filed on **January 15, 2008;**

**4.** That the sworn declaration to be submitted by Plaintiff's counsel outlining what further documents it needs to calculate the damage total may be filed on **January 28, 2008.**

**5.** That all other dates set forth in the Court's "Order Clarifying Case Management" of January 10, 2008 remain unchanged.

Dated: January 14, 2007                  By: /Lisbeth Bosshart/_____
                                                              David R. Shaub (Bar No. 32322)
                                                              Lisbeth Bosshart (Bar No. 201822)
                                                              Stephen D. Morgan (Bar No. 239345)
                                                              SHAUB & WILLIAMS LLP
                                                              12121 Wilshire Boulevard, Suite 205
                                                              Los Angeles, CA 90025-1165
                                                              Tel : 310-826-6678
                                                              Fax : 310-826-8042
                                                              Email: lawfirm@sw-law.com
                                                             Attorneys for Defendant
                                                             Jivan Biologics, Inc.

**CASE NO. C07 1427 WHA**           2           **STIPULATION TO ADJUST DATES SET FORTH BY COURT'S "ORDER CLARIFYING CASE MANAGEMENT ORDER"**

\\\LA - 022159/000004 - 366370 v1

| | |
|---|---|
| Date: January 14, 2007 | By: /William E. Thomson, Jr./<br>William E. Thomson, Jr. (Bar No. 047195)<br>Wei-Ning Yang (Bar No. 176637)<br>Clive M. McClintock (Bar No. 240465)<br>HOGAN & HARTSON L.L.P.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>E-Mail: wethomson@hhlaw.com<br>Attorneys for Plaintiffs<br>EXONHIT Therapeutics S.A.<br>EXONHIT Therapeutics, Inc. |

IT IS SO ORDERED.

Dated: January  16 , 2008

_____
Honorable William H. Alsup

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge William Alsup, signed]

**CASE NO. C07 1427 WHA**    3    **STIPULATION TO ADJUST DATES SET FORTH BY COURT'S "ORDER CLARIFYING CASE MANAGEMENT ORDER"**

\\\LA - 022159/000004 - 366370 v1

## ATTESTATION OF SIGNATURE
### (General Order 45)

I, Lisbeth Bosshart, hereby attest that all signatures have been properly obtained for filing of the document entitled STIPULATION TO ADJUST DATES SET FORTH BY COURT'S "ORDER CLARIFYING CASE MANAGEMENT ORDER"

Dated: January 14, 2008          By:     / Lisbeth Bosshart/ _____
                                         Lisbeth Bosshart, Esq.

**CASE NO. C07 1427 WHA**     4     **STIPULATION TO ADJUST DATES SET FORTH BY COURT'S "ORDER CLARIFYING CASE MANAGEMENT ORDER"**

\\\LA - 022159/000004 - 366370 v1