WILLIAM E. THOMSON, Jr. (Bar No. 047195)
WEI-NING YANG (Bar No. 176637)
CLIVE M. MCCLINTOCK (Bar No. 240465)
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
E-Mail: wethomson@hhlaw.com;
wyang@hhlaw.com; cmcclintock@hhlaw.com
Attorneys for Plaintiffs
ExonHit Therapeutics S.A.
ExonHit Therapeutics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>　　　　　Defendant.<br>_____<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>　　　　　Counter-Claimant<br><br>　　v.<br><br>EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>　　　　　Counter-Defendants | Case No. C07 1427 WHA (JCS)<br><br>**[PROPOSED]** **ORDER RESETTING DEADLINE FOR SETTLEMENT MEETING** |

Pursuant to the Notice Of Settlement Conference And Conference Order of Magistrate Judge Joseph C. Spero, dated January 11, 2008, principals for each party are required to meet on or before February 1, 2008 to discuss settlement and attend a Settlement Conference before Magistrate Judge Joseph C. Spero on February 5, 2008.

On January 23, the parties agreed to have the settlement meeting on February 4, 2008, instead of February 1st, because the principal for Plaintiffs, Frederique Schlumberger, General Counsel for ExonHit, must travel from France to attend the settlement meeting and the Settlement Conference. Changing the date for the settlement meeting will enable Ms. Schlumberger to attend the meeting and conference most efficiently. The stipulation of the parties is reflected in the record of the deposition of Subha Srinivasan, principal for Defendant.

The stipulation of the parties is hereby submitted to the Court, and Plaintiffs request that the Court reset the date by which the settlement meeting must be completed to February 4, 2008.

Date: January 24, 2008    By:    /s/ Clive M. McClintock
William E. Thomson, Jr. (Bar No. 047195)
Wei-Ning Yang (Bar No. 176637)
Clive M. McClintock (Bar No. 240465)
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
E-Mail: wethomson@hhlaw.com
Attorneys for Plaintiffs
ExonHit Therapeutics S.A.
ExonHit Therapeutics, Inc.

**IT IS SO ORDERED.**

Dated: January 25, 2008

_____
THE HONORABLE JOSEPH SPERO
UNITED STATES MAGISTRATE JUDGE

CASE NO. C07 1427 WHA    [PROPOSED] ORDER RESETTING DEADLINE FOR SETTLEMENT MEETING

2

\\\LA - 022159/000004 - 373216 v1