IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXONHIT THERAPEUTICS S.A.,
a French societe anonyme, and
EXONHIT THERAPEUTICS, INC., a
Delaware corporation,

Plaintiff,

v.

JIVAN BIOLOGICS, INC., a Delaware
corporation,

Defendant.

No. C 07-01427 WHA

**ORDER OF REFERRAL RE DISCOVERY ISSUES AND MODIFIED CASE MANAGEMENT ORDER**

The parties are hereby referred to Magistrate Judge Elizabeth Laporte for the discovery issues related to this case. The Court requests the matter be expedited as so as to allow completion by March 31, 2008. The Court is of the view that plaintiffs are seeking too much discovery, but that the defense productions have been incomplete, slow in coming, and unreliable in its representations. These concerns are for the guidance of Judge Laporte. The fact discovery cutoff shall now be **MARCH 31, 2008**. The deadline for expert reports is moved to **MARCH 31, 2008**. The deadline for summary judgment motions is moved to **APRIL 24, 2008**. The final pretrial conference will be on **JUNE 16 AT 2PM** and the trial shall begin **JUNE 23, 2008 AT 7:30AM**. All other terms in the existing case management order shall continue to apply.

**IT IS SO ORDERED.**

Dated: January 31, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE