United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXONHIT THERAPEUTICS,

    Plaintiff,

  v.

JIVAN BIOLOGICS,

    Defendant.

No. C-07-1427 WHA (EDL)

**ORDER SETTING DISCOVERY CONFERENCE**

    On January 31, 2008, Judge Alsup referred this matter to this Court for discovery purposes on an expedited schedule. Accordingly, a discovery conference is scheduled for February 5, 2008 at 2:00 p.m. No later than February 4, 2008 at noon, the parties shall file a joint discovery conference statement setting forth each party's position on any outstanding discovery issue and a plan for expedited completion of discovery.

    **IT IS SO ORDERED.**

Dated: January 31, 2008

                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge