IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXONHIT THERAPEUTICS,

    Plaintiff,

v.

JIVAN BIOLOGICS,

    Defendant.

No. C-07-1427 WHA (EDL)

**ORDER FOLLOWING DISCOVERY CONFERENCE**

On February 5, 2008, the Court held a discovery conference in this case. Defendant reported that it produced to Plaintiff a hard drive containing information sought by Plaintiff. According to the parties, production of the hard drive likely resolves their discovery disputes, subject to Plaintiff's review of the production. The parties also informed the Court that they had reached a settlement in principle. Accordingly, the parties shall notify the Court by no later than February 19, 2008 if indeed the discovery disputes are resolved, or if not, request the Court's assistance on an expedited basis to meet Judge Alsup's pretrial and trial deadlines.

**IT IS SO ORDERED.**

Dated: February 6, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge