IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS, | No. C-07-1427 WHA (EDL) |
| Plaintiff, | **ORDER FOLLOWING TELEPHONIC CONFERENCE** |
| v. | |
| JIVAN BIOLOGICS, | |
| Defendant. | |

Following the telephonic conference on February 22, 2008, the Court issues the following Order:

1. Defendant shall search her e-mail account for e-mails regarding specific manufacturers such as Nimblegen and Agilent, and shall produce responsive e-mails no later than February 26, 2008.

2. No later than February 26, 2008, Defendant shall serve a declaration stating that all executed documents have been produced and detailing the search done for those documents.

3. If the parties do not settle this case and continue to have discovery disputes, they shall inform the Court by letter about those disputes no later than February 28, 2008.

4. The parties shall contact the Court's courtroom deputy no later than February 25, 2008 to set up a further telephonic discovery conference on March 3 or 4, 2008.

**IT IS SO ORDERED.**

Dated: February 22, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge