WILLIAM E. THOMSON, Jr. (Bar No. 047195)
WEI-NING YANG (Bar No. 176637)
CLIVE M. MCCLINTOCK (Bar No. 240465)
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
E-Mail: wethomson@hhlaw.com;
wyang@hhlaw.com; cmcclintock@hhlaw.com

Attorneys for Plaintiffs
ExonHit Therapeutics S.A.
ExonHit Therapeutics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>    Defendant. | Case No. C07 1427 WHA (JCS) (EDL)<br><br>**[PROPOSED] ORDER ALLOWING TELEPHONIC APPEARANCE** |
| JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>    Counter-Claimant,<br><br>    v.<br><br>EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>    Counter-Defendants. | |

1  Pursuant to the Court's Civil Minute Order of February 7, 2008, a Further Settlement
2  Conference will take place on March 5, 2008, at 11:00AM.  The principal representing Plaintiffs
3  ExonHit Therapeutics S.A. and ExonHit Therapeutics, Inc., Frederique Schlumberger, resides in
4  Paris, France.  To avoid undue burden, Ms. Schlumberger may attend the Further Settlement
5  Conference by telephone.

**IT IS SO ORDERED.**

Dated: __March 3_____, 2008

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

*[Signature and seal: IT IS SO ORDERED, Judge Joseph C. Spero, United States District Court, Northern District of California]*

CASE NO. C07 1427 WHA (JCS) (EDL)

-1-

[PROPOSED] ORDER ALLOWING
TELEPHONIC APPEARANCE

\\\LA - 022159/000004 - 377594 v1