IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A., a French societe anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIVAN BIOLOGICS, INC., a Delaware corporation,<br><br>Defendant. | No. C 07-01427 WHA<br><br>**ORDER RE SETTLEMENT NEGOTIATIONS** |

The Court has been informed that the settlement negotiations have cratered. As a result, the Court wishes to remind all counsel that all deadlines must be honored. Supposed settlement negotiations are never an excuse for missing deadlines. Counsel must meet all deadlines and be ready to prepare for trial. See paragraph thirteen of the case management order.

**IT IS SO ORDERED.**

Dated: March 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE