IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXONHIT THERAPEUTICS S.A., a French societe anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware corporation,

    Plaintiff,

  v.

JIVAN BIOLOGICS, INC., a Delaware corporation,

    Defendant.

No. C 07-01427 WHA

**ORDER RE EXTENSION OF DISCOVERY CUT-OFF**

Magistrate Judge Laporte does not have the authority to extend the discovery cut-off date, but she does have the authority to make a recommendation. All parties should be mindful that the Court is reluctant to change the current trial date. The Court has already amended the discovery cut off once. It is up to Judge Laporte whether counsel may appear telephonically.

**IT IS SO ORDERED.**

Dated: April 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE