IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS,<br><br>    Plaintiff,<br><br>  v.<br><br>JIVAN BIOLOGICS,<br><br>    Defendant.<br>_____/ | No. C-07-1427 WHA (EDL)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING AND PERMITTING TELEPHONIC APPEARANCE** |

On March 31, 2008, Defendant filed an Ex Parte Application to Refer Discovery Issues to Magistrate With Authority, if Necessary, to Extend the Discovery Cut-off as it Pertains to the Issues Raised Herein. On April 1, 2008, Judge Alsup issued an order regarding Defendant's request to extend the discovery cutoff date. The Court will hold a hearing on April 15, 2008 at 11:00 a.m. on the issues raised in Defendant's Ex Parte Application. No later than April 7, 2008, Plaintiff shall file a response to the substantive discovery issues raised in the Application. No later than April 9, 2008, Defendant shall file a reply. Counsel wishing to appear telephonically must contact the Court's courtroom deputy no later than April 11, 2008 to provide a number where counsel can be reached beginning at 11:00 a.m. until called by the Court on April 15, 2008.

**IT IS SO ORDERED.**

Dated: April 2, 2008

                                                                                  *Elizabeth D. Laporte*
                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge