IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS,<br><br>    Plaintiff,<br><br>  v.<br><br>JIVAN BIOLOGICS,<br><br>    Defendant.<br>_____ / | No. C-07-01427 WHA (EDL)<br><br>**ORDER FOLLOWING HEARING ON DEFENDANT'S EX PARTE APPLICATION** |

On April 15, 2008, the Court held a hearing on shortened time on Defendant's Ex Parte Application to Extend Discovery Cutoff. In the briefing on this matter, Defendant clarified that it did not seek to have discovery reopened; rather, it sought further responses to discovery requests that had already been served before the discovery cutoff. Interpreted as a motion to compel, its motion was timely. Accordingly, the Court construes Defendant's Ex Parte Application as a Motion to Compel, which is granted in part as stated at the hearing as follows:

1. Defendant may propound up to five interrogatories regarding the 2005 article entitled <u>A Microarray Configuration to Quantify Expression Levels and Relative Abundance of Splice Variants</u>. <u>See</u> Def.'s Ex Parte App. at Ex. 8.

2. No later than two weeks from the date of this order, whether or not Plaintiff has obtained permission from its licensees as it anticipates, Plaintiff shall produce the licensing agreements for the patent-in-suit to Defendant subject to the protective order. If Plaintiff receives permission sooner than the two-week deadline, it shall produce the agreements at

that time.

3. No later than two weeks from the date of this order, Plaintiff shall produce to Defendant documents sufficient to show which of Plaintiff's products, by name, are being licensed.

**IT IS SO ORDERED.**

Dated: April 17, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2