IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXONHIT THERAPEUTICS S.A.,
a French societe anonyme, and
EXONHIT THERAPEUTICS, INC., a
Delaware corporation,

    Plaintiff,

v.

JIVAN BIOLOGICS, INC., a Delaware
corporation,

    Defendant.

No. C 07-01427 WHA

**ORDER RESCHEDULING HEARING AND REQUESTING RESPONSE**

The hearing on plaintiff's motion for summary judgment is hereby rescheduled for **JUNE 5, 2008, AT 2PM**. Plaintiffs are requested to respond to defendant's motion to stay by **MAY 28, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: May 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE