IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A., a French societe anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIVAN BIOLOGICS, INC., a Delaware corporation,<br><br>Defendant. | No. C 07-01427 WHA<br><br>**ORDER RE PENDING MOTION TO STAY** |

The hearing on defendant's motion to stay will be heard on **JUNE 5, 2008, AT 2:00 PM**. Plaintiff's motion for summary judgment is hereby rescheduled for **JUNE 19, 2008, AT 8:00 AM**.

**IT IS SO ORDERED.**

Dated: May 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE