IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A., a French societe anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JIVAN BIOLOGICS, INC., a Delaware corporation,<br><br>    Defendant. | No. C 07-01427 WHA<br><br>**CANCELLATION OF ORAL ARGUMENT** |

Due to the large press of other business, including back-to-back trials, the motions set for June 5, 2008, will be decided on the papers without oral argument. The hearing on defendant's motion to stay is therefore **VACATED**.

**IT IS SO ORDERED.**

Dated: June 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE