**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXONHIT THERAPEUTICS S.A.,
a French societe anonyme, and
EXONHIT THERAPEUTICS, INC., a
Delaware corporation,

    Plaintiff,

v.

JIVAN BIOLOGICS, INC., a Delaware
corporation,

    Defendant.

No. C 07-01427 WHA

**ORDER RE REPLY BRIEF ON MOTION TO STAY**

Defendant may file a reply brief to its motion to stay by **JUNE 5, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE