UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A., a French société anonyme, and EXHOHIT THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>JIVAN BIOLOGICS, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. C07 1427 WHA (JCS) (EDL)<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF COUNSEL**<br><br><br><br>*Before the Honorable William H. Alsup* |
| JIVAN BIOLOGICS, INC., a Delaware Corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>EXONHIT THERAPEUTICS S.A., a French société anonyme, and EXHOHIT THERAPEUTICS, INC., a Delaware corporation,<br><br>    Counter-defendants. | |

[PROPOSED] **ORDER GRANTING SUBSTITUTION OF ATTORNEY**

1
2   The Substitution of Counsel submitted by Plaintiff, on October 26, 2009, is
3   hereby approved and accepted.
4
5   **IT IS SO ORDERED.**
6
7   DATED: __October 28__, 2009    _____
8                                   The Honorable William Alsup
9                                   United States District Judge
10  Presented on October 26, 2009 by:
11
12  _____
    William E. Thomson, (SBN 47195)
13  Mark B. Mizrahi (SBN 179384)
    wthomson@brookskushman.com
14  mmizrahi@brookskushman.com
    **BROOKS KUSHMAN P.C.**
15  6701 Center Drive, Suite 610
    Los Angeles, CA 90045
16  Telephone:  (310) 348-8200
    Facsimile:   (310) 846-4799
17
    Attorneys for Plaintiff,
18  ExhonHit Therapeutics S.A.
    ExhonHit Therapeutics, Inc.
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] **ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF COUNSEL**