UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A., a French société anonyme, and EXHOHIT THERAPEUTICS, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>       v.<br><br>JIVAN BIOLOGICS, INC., a Delaware Corporation,<br><br>               Defendant. | Case No. C07 1427 WHA (JCS) (EDL)<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF COUNSEL**<br><br><br><br>*Before the Honorable William H. Alsup* |
| JIVAN BIOLOGICS, INC., a Delaware Corporation,<br><br>               Counterclaimant,<br><br>       v.<br><br>EXONHIT THERAPEUTICS S.A., a French société anonyme, and EXHOHIT THERAPEUTICS, INC., a Delaware corporation,<br><br>               Counter-defendants. | |

[PROPOSED] **ORDER GRANTING SUBSTITUTION OF ATTORNEY**

1

2        The Substitution of Counsel submitted by Plaintiff, on October 26, 2009, is

3  hereby approved and accepted.

4

5        **IT IS SO ORDERED.**

6

7  DATED: ___October 28_____, 2009      _____

8                                            The ~~Honorable~~ ~~William~~ ~~Alsup~~

9                                            Unite...

10 Presented on October 26, 2009 by:

11

12 _____
   William E. Thomson, (SBN 47195)

13 Mark B. Mizrahi (SBN 179384)
   wthomson@brookskushman.com

14 mmizrahi@brookskushman.com
   **BROOKS KUSHMAN P.C.**

15 6701 Center Drive, Suite 610
   Los Angeles, CA 90045

16 Telephone:  (310) 348-8200
   Facsimile:   (310) 846-4799

17
   Attorneys for Plaintiff,

18 ExhonHit Therapeutics S.A.
   ExhonHit Therapeutics, Inc.

19

20

21

22

23

24

25

26

27

28

1
[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF COUNSEL**