IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A., a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JIVAN BIOLOGICS, INC., a Delaware corporation,<br><br>Defendant. | No. C 07-01427 WHA<br><br>**ORDER EXTENDING DEADLINE FOR SETTLEMENT CONFERENCE** |

It has come to the attention of the undersigned that Magistrate Judge Joseph C. Spero may be unavailable to accommodate the parties' settlement conference before the deadline of February 18, 2010. The deadline is therefore extended to **FEBRUARY 23, 2010**.

**IT IS SO ORDERED.**

Dated: January 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE