1  WILLIAM E. THOMSON, Jr. (Bar No. 047195)
   BROOKS KUSHMAN P.C.
2  Howard Hughes Center
   6701 Center Drive West, Suite 610
3  Los Angeles, California 90045
   Telephone: (310) 348-8200
4  Facsimile: (310) 846-4799
   E-Mail: wthomson@brookskushman.com;
5  Attorneys for Plaintiffs
   ExonHit Therapeutics S.A.
6  ExonHit Therapeutics, Inc.

7  DAVID R. SHAUB (Bar No. 032322)
   LISBETH BOSSHART MERRILL (Bar No. 201822)
8  STEPHEN D. MORGAN (Bar No. 239345)
   SHAUB & WILLIAMS LLP
9  12121 Wilshire Boulevard, Suite 205
   Los Angeles, CA 90025-1165
10 Tel : 310-826-6678
   Fax : 310-826-8042
11 Email: lawfirm@sw-law.com
   Attorneys for Defendant
12 Jivan Biologics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>Defendant. | Case No. C07 1427 WHA (JCS) (EDL)<br><br>**STIPULATION AND CONSENT TO ENTRY OF JUDGMENT** |
| JIVAN BIOLOGICS, INC. a Delaware corporation,<br><br>Counter-Claimant<br><br>v.<br><br>EXONHIT THERAPEUTICS S.A. a French société anonyme, and EXONHIT THERAPEUTICS, INC., a Delaware | |

CASE NO. C07 1427 WHA (JCS) (EDL)                    STIPULATION AND CONSENT TO ENTRY OF JUDGMENT

\\LA - 022159/000004 - 374372 v1

1 | Corporation,
2 |         Counter-Defendants

Plaintiffs ExonHit Therapeutics S.A. and ExonHit Therapeutics, Inc. (collectively "ExonHit"), and Defendant, Jivan Biologics, Inc. ("Jivan") hereby agree and consent to entry of Judgment on the terms set forth below:

**STIPULATION AND CONSENT TO JUDGMENT**

1. This case arises under the Patent Act, 35 U.S.C. §1 et seq. This Court has jurisdiction over the parties and the subject matter hereto, and venue is proper in this District.

2. ExonHit filed its Complaint against Defendant Jivan on March 12, 2007. ExonHit's complaint sets forth a claim against Jivan for infringement of United States Patent N°6,881,571 (the "'571 Patent").

3. ExonHit Therapeutics S.A. is the owner of all rights, title and interest in the '571 Patent, entitled "Qualitative Differential Screening".

4. Jivan has infringed, induced others to infringe, and/or contributed to the infringement of the claims of the '571 Patent by making, having made, using, selling and/or offering to sell splice variant microarray device that were made, used, sold, and/or offered for sale prior to entry of this Stipulation And Consent To Entry of Judgment. At the time of infringement, Jivan was aware of the existence of the '571 Patent.

5. All claims of the '571 Patent are valid and enforceable.

6. The reexamination proceeding before the U.S. Patent and Trademark Office, including specifically the amendment to claims 1 and 12, did not substantively change the claims of the '571 patent.

7. Jivan shall not challenge the validity nor assist any third party, directly or indirectly, in challenging the validity or enforceability of the '571 Patent.

CASE NO. C07 1427 WHA (JCS) (EDL)      --1--      STIPULATION AND CONSENT TO ENTRY OF JUDGMENT

\\LA - 022159/000004 - 374372 v1

8. In any action to enforce the terms of this Consent Judgment, Jivan shall not assert any affirmative defense to patent infringement for any splice variant microarray device made, used, sold, or offered for sale prior to the date of entry of this Consent Judgment.

**JUDGMENT**

The Court, pursuant to the stipulation of the parties, ORDERS, ADJUDICATES AND DECREES that:

1. Judgment is entered against Defendant for infringement of the '571 patent, and to this end, as of the date of this Judgment, Jivan and its officers, directors, owners, agents, servants, representatives, employees, assigns and successors shall be and are hereby permanently enjoined and restrained from making, using, selling, or offering to sell any devices that infringe, literally or under the doctrine of equivalents, the claims of the '571 Patent, or importing such infringing devices into the United States, or inducing others to infringe or contributing to the infringement of the claims of the '571 Patent.

2. Jivan's counterclaims are dismissed with prejudice.

3. ExonHit releases Jivan from claims for damages for Jivan's splice variant microarray devices and services sold prior to entry of this Consent Judgment.

4. This is a final judgment. No appeals shall be taken from this judgment, and the parties waive all rights to appeal. This is not adjudication on the merits by the Court. The Court has not accepted (or rejected) any of the stipulated items set forth above. Nonetheless, based upon the above stipulation, the Court will enforce the stipulated judgment as between the litigating parties.

5. This Court shall retain jurisdiction over the parties and this action for purposes of enforcing the Stipulation and Consent to Judgment.

Dated: March 1, 2010

EXONHIT THERAPEUTICS, S.A.

By: /s/ Loïc Maurel
Loïc Maurel
President, Management Board

Dated: March 1, 2010

EXONHIT THERAPEUTICS, INC

By: /s/ Loïc Maurel
Loïc Maurel
President

Dated: March 01, 2010

JIVAN BIOLOGICS, INC.

By: /s/ Subha Srinivasan
Subha Srinivasan
Corporate Executive Officer

APPROVED AS TO FORM AND CONTENT:

Dated: March 1, 2010

BROOKS KUSHMAN P.C.

By: /s/ William E. Thomson, Jr.
William E. Thomson, Jr.
Attorneys for Plaintiffs

Dated: March 1, 2010

SHAUB & WILLIAMS LLP

By: /s/ Lisbeth Bosshart Merrill
Lisbeth Bosshart Merrill
Attorneys for Defendant

**IT IS SO ORDERED.** THE CLERK SHALL CLOSE THE FILE.

Dated: March 1, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
/s/ William Alsup
Judge William Alsup

CASE NO. C07-1427 WHA (JCS) (EDL)    -3-    STIPULATION AND CONSENT TO ENTRY OF JUDGMENT